IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES OWENS, III, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-174 (MTT) |
| Deputy JEROME HARMON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the Fourteenth Amendment excessive force claims against Defendants Harmon, Gilbert, Jackson, Ross, and Boyd to proceed. Doc. 7 at 1. The Magistrate Judge recommends that the Plaintiff's claims against Defendants Shafer, Everidge, Dupuis, Womack, Westbrook, Dunbar, and Knapp be dismissed without prejudice. *Id.* at 1-2. The Plaintiff has not objected to the Recommendation.[1] The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims against Defendants Shafer, Everidge, Dupuis, Womack, Westbrook, Dunbar, and Knapp are **DISMISSED without prejudice**.

---

[1] After the Magistrate Judge filed his Order and Recommendation (Doc. 7), the Plaintiff filed what he called "My Relief Statement." Doc. 13-1. The "relief statement" is a page from the form questionnaire for prisoners proceeding pro se under 42 U.S.C. § 1983, in which the Plaintiff appears to supplement the relief he seeks from the Defendants. *Compare* Doc. 13, *with* Doc. 1 at 13. Even liberally construed, this filing is not an objection to the Recommendation.

**SO ORDERED,** this 16th day of October, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT